IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-cr-39 |
| JACQUELINE RENEE EXLEY and | ) |
| JULIE ANN JOHNSON, | ) |
| | ) |
| Defendants. | ) |

### ORDER

AND NOW, this 22nd day of August, 2024, the Government having provided two transcripts of FBI Special Agent Michael Thoreson's grand jury testimony in this case for *in camera inspection* in advance of the suppression hearing scheduled to occur on August 29, 2024, as required by the Court's Order dated August 19, 2024, ECF No. [895], and the Court having reviewed the transcripts, *in camera*, in accordance with Federal Rule of Criminal Procedure 26.2(c),

IT IS ORDERED that the Government shall produce to Defendants Jacqueline Renee Exley and Julie Ann Johnson only the following portions of the transcripts:

1. As to the November 9, 2021 Transcript:

    - Page 1, lines 1-25;

    - Page 2, lines 1-7;

    - Page 8, lines 21-25;

    - Page 9, lines 1-9;

    - Page 75, lines 2-25; and

    - Page 76, lines 1-8.

1

2. As to the May 10, 2022 Transcript:

  - Page 1, lines 1-25;
  - Page 2, lines 1-6;
  - Page 41, lines 4-25;
  - Page 42, lines 1-25;
  - Page 43, lines 1-25;
  - Page 44, lines 1-25;
  - Page 45, lines 1-25;
  - Page 46, lines 1-25;
  - Page 47, lines 1-25;
  - Page 48, lines 1-15; and
  - Page 56, lines 3-25.

Pursuant to the Court's August 19, 2024 Order, in addition to the transcripts of Special Agent Thoreson's grand jury testimony, the Government also was to provide for *in camera* inspection any other statements of Special Agent Thoreson, as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f), that is in the Government's possession which relates to the subject matter of his anticipated testimony at the suppression hearing scheduled to occur on August 29, 2024. Given that the Government did not provide the Court any other statement of Special Agent Thoreson for *in camera* inspection, the Court deems its review to be complete. The Government is encouraged to produce the aforementioned portions of the grand jury transcripts to defense counsel as soon as is practicable.

_Susan Paradise Baxter_
Susan Paradise Baxter
United States District Judge

3